**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

VICTOR MANUEL DIAZ CARRION,
Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,
Respondents.

Case No.: 3:26-cv-05996-RBM-SBC

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[Doc. 8]**

Before the Court is the Parties' Joint Motion to Dismiss. (Doc. 8.) Petitioner was released from immigration custody on November 5, 2026. (*Id.* at 2.) Therefore, the Parties "stipulate to the dismissal of this action without prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (*Id.*) The Joint Motion to Dismiss is **GRANTED** and the case is **DISMISSED without prejudice**. The Clerk of Court is directed to **CLOSE** the case.

**IT IS SO ORDERED.**

DATE: November 6, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE